UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVID CHAPA,<br><br>    Petitioner,<br><br>  v.<br><br>JOE A. LIZARRAGA,<br><br>    Respondent. | No. 2:16-cv-2019 JAM AC P<br><br>ORDER |

    Petitioner has requested the appointment of counsel. ECF No. 15. There currently exists no absolute right to appointment of counsel in habeas proceedings. Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." Respondent has filed an answer to the petition and petitioner has filed his traverse. ECF Nos. 11, 15. Nothing further is currently required of petitioner and the court therefore does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 15) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: May 2, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE